UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN PETERSON JANVIER,

    Plaintiff,

v.                                       Case No. 6:21-cv-303-RBD-EJK

MARC L. LUBET,

    Defendant.
_____

## ORDER

Plaintiff moved to proceed *in forma pauperis*. (Doc. 6 ("IFP Motion").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends denying the IFP Motion and dismissing Plaintiff's complaint (Doc. 1) with prejudice as Plaintiff's claim for relief is barred by absolute judicial immunity and amendment would be futile. (Doc. 9 ("R&R").)

Plaintiff did not object to the R&R, and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 9) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 6) is **DENIED.**

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

4. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 25, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party